UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMMANUEL DAVID M. WATSON, Individually and as Next Friend of Leona Thorton, a Minor Child, and DANIEL WATSON, <br>    *Plaintiffs*, <br><br> vs. <br><br> TIMOTHY WINTLE-NEWELL, *et al.*, <br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION G-06-0323 |

### ORDER

The plaintiffs' motion for rehearing (Dkt. 18) is DENIED.

Signed on November 13, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge